NEWMEYER & DILLION LLP
MICHAEL W. SHONAFELT, CBN 186853
Michael.Shonafelt@ndlf.com
STEPHANIE L. TALAVERA, CBN 307252
Stephanie.Talavera@ndlf.com
895 Dove Street, 5th Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Plaintiff and Petitioner
Crown Castle Fiber LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CROWN CASTLE FIBER LLC, a New York limited liability company,<br><br>Plaintiff and Petitioner,<br><br>vs.<br><br>THE CITY OF TORRANCE, a California municipality; CITY COUNCIL OF THE CITY OF TORRANCE, its governing body,<br><br>Defendants and Respondents. | CASE NO.: 2:19-cv-01205-JFW MAAx)<br>JUDGE: JOHN F. WALTER<br>MAGISTRATE: MARIA A. AUDERO<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL OF COMPLAINT**<br><br>FILE DATE: 12/15/19<br>TRIAL DATE SET: 2/18/20 |

Upon reviewing the Parties' Stipulation Regarding Dismissal of Complaint, IT IS HEREBY ORDERED that the entire action be dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: December 5, 2019

_____
Hon. John F. Walter
United States Magistrate Judge

2464.153 / 8530128.1